

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

---

*Federal Courthouse*           *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*            *Fax (414) 297-1738*
                       *www.usdoj.gov/usao/wie*

June 26, 2026

Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

> Re:    *United States v. Approximately 55,608.765 TetherUS (USDT) cryptocurrency*
> *from Binance account number ending in 9745*
> Case No. 22-CV-749

Dear Clerk:

This letter is to notify the Court that, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice by internet publication of the filing of a complaint in the above-captioned action will begin today, June 26, 2026. The claim-filing deadline for any claimant who did not receive direct notice of the filing of the complaint is August 25, 2026.

Please contact our office at (414) 297-1700 if you have any questions.

                           Sincerely,

By:    *s/Elizabeth M. Monfils*
        ELIZABETH M. MONFILS
        Assistant United States Attorney
        Wisconsin Bar No. 1061622
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 E. Wisconsin Avenue, Room 530
        Milwaukee, WI  53202
        Telephone: (414) 297-1700
        E-Mail: elizabeth.monfils@usdoj.gov